FILED
2014 Apr-21 PM 03:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA PRUITT, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 2:14-CV-00571-JHE |
| CLAYTON HOMES INC. d/b/a SOUTHERN ENERGY HOMES, INC. | ) |
| Defendant. | ) |

### CORPORATE DISCLOSURE STATEMENT

COMES NOW Southern Energy Homes, Inc. (incorrectly identified in the Complaint as Clayton Homes, Inc. d/b/a Southern Energy Homes, Inc.), and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.4 of the Northern District of Alabama, hereby gives notice that Southern Energy Homes, Inc. is a wholly owned subsidiary of CMH Manufacturing, Inc., which is an indirect wholly owned subsidiary of Clayton Homes, Inc., which is an indirect wholly owned subsidiary of Berkshire Hathaway, a publicly traded company.

Respectfully submitted,

/s/ Stephen E. Brown
Stephen E. Brown
Janell M. Ahnert
Attorneys for Defendant

OF COUNSEL:

BRESSLER, AMERY & ROSS, P.C.
2200 Wells Fargo Tower
420 20th Street North
Birmingham, Alabama 35203
T: (205) 719-0400
F: (205) 719-0500
Email: sbrown@bressler.com
Email: jahnert@bressler.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 21st day of April, 2014, served a copy of the above and foregoing pleading on all parties via electronic filing to:

Jon C. Goldfarb, Esq.
Wiggins, Childs, Pantazis & Quinn, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

/s/ Stephen E. Brown
OF COUNSEL

2