# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA PRUITT, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 2:14-CV-00571-JHE |
| ) | |
| CLAYTON HOMES INC. d/b/a, ) | JURY DEMAND |
| SOUTHERN ENERGY HOMES, ) | |
| INC., ) | UNOPPOSED |
| ) | |
| DEFENDANT. ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION

COMES NOW Plaintiff, Patricia Pruitt, and states that after conferring with Defendant, she does not oppose Defendant's Motion to Compel Arbitration and Stay Litigation.

Respectfully submitted this 8th day of May, 2014.

\s\ Jon C. Goldfarb
Jon C. Goldfarb
Daniel E. Arciniegas
L. William Smith
Counsel for Plaintiff

**OF COUNSEL:**
WIGGINS, CHILDS, PANTAZIS & QUINN P.C.
The Kress Building

1

301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been properly served via email to the following counsel of record:

Stephen E. Brown
Bressler, Amery, & Ross, P.C.
420 20th Street North
Suite 2200
Birmingham, AL 35203


On this 8th day of May 2014.

                                              /s/ Jon C. Goldfarb
                                              OF COUNSEL