IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA PRUITT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO: 2:14-CV-00571-JHE ) ) |
| CLAYTON HOMES INC. d/b/a SOUTHERN ENERGY HOMES, INC. | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STATUS REPORT

COMES NOW Southern Energy Homes, Inc. (incorrectly identified in the Complaint as Clayton Homes, Inc. d/b/a Southern Energy Homes, Inc.), and Plaintiff Patricia Pruitt and, pursuant to the Court's May 9, 2014 Order, provide the following joint status report:

1. On May 9, 2014, the Court compelled this matter to arbitration and stayed this litigation.

2. Pruitt filed a demand for arbitration with the American Arbitration Association ("AAA") on May 12, 2014.

3. The arbitration is assigned to AAA Arbitrator Kathryn Durham.

4. On September 2, 2014, the parties submitted a Joint Management Conference Guide that was adopted by Arbitrator Durham.

5.      Pursuant to the Management Conference Guide in this matter, the discovery deadline is February 23, 2015; the dispositive motion deadline is March 23, 2015; and the arbitration hearing will be held on or after June 15, 2015.

6.      The parties are currently engaged in discovery.

Respectfully submitted,

/s/ Stephen E. Brown
Stephen E. Brown
Janell M. Ahnert
Attorneys for Defendant

OF COUNSEL:

Bressler, Amery & Ross, P.C.
Park Place Tower
2001 Park Place, Suite 1500
Birmingham, Alabama  35203
(205) 719-0400
Email:  sbrown@bressler.com
Email:  jahnert@bressler.com


/s/ L. William Smith
Jon C. Goldfarb, Esq.
L. William Smith, Esq.
Attorneys for Plaintiff

Wiggins Childs Pantazis Fisher Goldfarb
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
Direct:205-314-0528
jgoldfarb@wigginschilds.com
WSmith@wigginschilds.com